IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA ROBINSON, | : |
|     Plaintiff, | : |
| | : |
| v. | :    Civ. No. 14-1916 |
| | : |
| NANCY A. BERRYHILL, Acting | : |
| Commissioner of Social Security, | : |
|     Defendant. | : |

## JUDGMENT

**AND NOW**, this 16th day of April, 2019, after careful and independent review of Plaintiff's Complaint (Doc. No. 3), the Commissioner's Answer (Doc. No. 7), the Administrative Record (Doc. No. 8), Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Doc. No. 12), the Commissioner's Response (Doc. No. 18), Magistrate Judge Perkin's Report and Recommendation (Doc. No. 25), the Commissioner's Objections (Doc. No. 26), and Plaintiff's Response and Objections (Doc. No. 30), it is hereby **ORDERED** that:

1. The Commissioner's Objections (Doc. No. 26) are **OVERRULED**;

2. Plaintiff's Objections (Doc. No. 30) are **OVERRULED**;

3. The Report and Recommendation (Doc. No. 25) is **APPROVED** and **ADOPTED**;

4. Plaintiff's Request for Review (Doc. No. 12) is **GRANTED in part**;

5. The final decision of the Commissioner of Social Security is **REVERSED** and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this Order;

6. The **CLERK OF COURT** shall **ENTER JUDGMENT** in favor of Plaintiff and against the Commissioner; and

7. The **CLERK OF COURT** shall **REMOVE** this case from the Civil Suspense Docket and **CLOSE** this case.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.